# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**JAMIE SHAWN CONNELL,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No. 5:13cv208/RS/CJK**

**REGIONS BANK,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

This *pro se* prisoner case is before the Court upon referral from the Clerk. On June 4, 2013, the Court entered an order (doc. 3) directing plaintiff to file an amended complaint and to either pay the $400.00 filing fee or apply for leave to proceed *in forma pauperis*, within thirty (30) days. To date, plaintiff has not complied with the order, and has not responded to the Court's July 10, 2013 order (doc. 6) requiring him to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 6th day of August, 2013.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).