IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMIE SHAWN CONNELL,

    Plaintiff,

v.                            CASE NO. 5:13-cv-208-RS-CJK

REGIONS BANK,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 7). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is dismissed without prejudice for plaintiff's failure to comply with an order of the court (Doc. 3).

3. The clerk is directed to close the file.

**ORDERED** on September 6, 2013.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**